

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

## BILL OF INFORMATION FOR THEFT OF GOVERNMENT FUNDS AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20-CR-02-SDD-RLB |
| | : | |
| | : | 18 U.S.C. § 641 |
| *versus* | : | 18 U.S.C. § 981(a)(1)(C) |
| | : | 28 U.S.C. § 2461(c) |
| STARSKY CLARK | : | 21 U.S.C. § 853(p) |

**THE UNITED STATES ATTORNEY CHARGES:**

Between on or about June 23, 2017 and November 19, 2018, in the Middle District of Louisiana, **STARSKY CLARK**, defendant herein, without authority, did knowingly embezzle, steal, and convert to her own use, United States government funds in an amount of less than $1,000; that is, money from the United States Department of Veterans Affairs, a department or agency of the United States, knowing that she was not entitled to the funds and with the intent to deprive the United States of the use of the funds.

The above is a violation of Title 18, United States Code, Section 641.

**NOTICE OF FORFEITURE**

The allegations contained in this Bill of Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense contained in this Bill of Information, **STARSKY CLARK**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States

Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real and personal, that constitutes or is derived from proceeds traceable to such violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence,

    b.    has been transferred or sold to, or deposited with, a third party,

    c.    has been placed beyond the jurisdiction of the court,

    d.    has been substantially diminished in value, or

    e.    has been commingled with other property that cannot be divided without difficulty,

the United States shall be entitled to a forfeiture money judgment and shall be allowed to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p) in satisfaction of the forfeiture money judgment.

UNITED STATES OF AMERICA, by

Date: 1/7/2020

BRANDON J. FREMIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

JESSICA JARREAU
ASSISTANT U.S. ATTORNEY
MIDDLE DISTRICT OF LOUISIANA